IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT EARL ROBINSON** **PLAINTIFF**

**v.** **No. 4:26-cv-968-DPM**

**DOES** **DEFENDANTS**

**ORDER**

**1.** Robinson's application to proceed *in forma pauperis*, *Doc. 1*, is denied as insufficient. The Court cannot tell exactly what assets he has and whether he can pay the filing fee. To establish need, Robinson must therefore complete a new application identifying his current assets, income, and expenses.

**2.** The Court must also screen his complaint. 28 U.S.C. §1915(e)(2). The Court's rules require a short and plain statement of facts that show a plausible violation of some particular law. FED. R. CIV. P. 8(a); 28 U.S.C. § 1915(e)(2)(B)(ii). Robinson has filed an Internal Revenue Service Identity Theft Affidavit, which is hard to read. And he hasn't identified who he is suing, why he is suing them, or what relief he is seeking. *Doc. 2*. To evaluate Robinson's claim, the Court needs to know particulars.

**3.** Robinson must file a new *in forma pauperis* application and an amended complaint with more details by 6 November 2026. If

Robinson doesn't comply, the Court will dismiss his case without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

1 October 2026