**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROBERT EARL ROBINSON** **PLAINTIFF**

**v.** **No. 4:26-cv-968-DPM**

**DOES** **DEFENDANTS**

**ORDER**

Robinson hasn't filed an amended application for leave to proceed *in forma pauperis* or an amended complaint; and the time to do so has passed. *Doc. 3.* Robinson's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

D.P. Marshall Jr.
United States District Judge

24 November 2026