**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROBERT EARL ROBINSON** **PLAINTIFF**

**v.** **No. 4:26-cv-968-DPM**

**DOES** **DEFENDANTS**

# JUDGMENT

Robinson's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

24 November 2026